**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**Mbalaminwe Mwimanzi**
Plaintiff,
v.
**U.S. Marshals Service (USMS)**
600-700 Pennsylvania Avenue NW, Suite 6000
Washington, D.C. 20530-1000

**D.C. Department of Corrections (DOC)**
2000 14th St. NW, Seventh Floor
Washington, D.C. 20009

**U.S. Department of Justice (DOJ)**
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Defendants.

Case: 1:25-cv-00102
Assigned To : Unassigned
Assign. Date : 1/14/2025
Description: Pro Se Gen. Civ. (F-DECK)

---

**Civil Action No. _____**
(Assigned by the Court)

---

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**
**UNDER 42 U.S.C. § 1983 AND THE FEDERAL TORT CLAIMS ACT (FTCA)**

---

**Plaintiff, Mbalaminwe Mwimanzi**, respectfully submits this Complaint against the **U.S. Marshals Service (USMS)**, the **D.C. Department of Corrections (DOC)**, and the **U.S. Department of Justice (DOJ)** for violations of Plaintiff's constitutional rights arising from unlawful detention, failure to verify time-served credits, and inhumane treatment. This case represents a failure of government agencies to protect an individual's fundamental rights, resulting in significant emotional harm and mistreatment.

---

**NATURE OF THE CASE**

RECEIVED

JAN 14 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

This case involves the wrongful detention of Plaintiff, who had already served 86 days in pretrial detention—far exceeding the 75-day sentence for his probation violation—before he was taken into custody again on **February 1, 2023**. Despite having already served his time, Defendants failed to verify his time-served credits, leading to unlawful detention and degrading treatment. This violation of Plaintiff's **Fifth, Eighth, and Fourteenth Amendment rights** caused significant emotional distress and unlawful suffering.

## JURISDICTION AND VENUE

1. **Jurisdiction**: This Court has jurisdiction over this case under **28 U.S.C. § 1331**, as Plaintiff's claims arise under the United States Constitution and federal law, including **42 U.S.C. § 1983** and the **Federal Tort Claims Act (FTCA)**, 28 U.S.C. § 2671 et seq.

2. **Venue**: Venue is proper in this district under **28 U.S.C. § 1391**, as the Defendants are located here, and the events giving rise to this lawsuit occurred within this district.

## PARTIES

1. **Plaintiff, Mbalaminwe Mwimanzi**, is a U.S. citizen and resident of **Gainesville, Virginia**. Plaintiff was wrongfully detained and mistreated by the Defendants, violating his constitutional rights.

2. **Defendant, U.S. Marshals Service (USMS)**, is a federal agency responsible for apprehending and detaining individuals under federal law. The USMS failed to verify Plaintiff's time-served credits and wrongfully detained him.
   **Address**:
   U.S. Marshals Service
   600-700 Pennsylvania Avenue NW, Suite 6000
   Washington, D.C. 20530-1000

3. **Defendant, D.C. Department of Corrections (DOC)**, is a local government agency responsible for the custody and care of detainees in Washington, D.C. The DOC failed to release Plaintiff upon discovering the error in his time-served status and subjected him to degrading treatment.
   **Address**:
   D.C. Department of Corrections
   2000 14th St. NW, Seventh Floor
   Washington, D.C. 20009

4. **Defendant, U.S. Department of Justice (DOJ)**, oversees federal law enforcement and the U.S. Marshals Service. The DOJ failed to implement appropriate systems and procedures to prevent wrongful detentions like the one Plaintiff endured.
   **Address**:
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Washington, D.C. 20530

## FACTUAL ALLEGATIONS

1. Plaintiff had already served **86 days in pretrial detention**, which was more than enough to fulfill the **75-day sentence** imposed for his probation violation.

2. On **February 1, 2023**, during a probation revocation hearing, Plaintiff was informed that his probation had been revoked. Despite the fact that Plaintiff had already served more than the required sentence, **no one**—including the court, U.S. Marshals Service, or D.C. Department of Corrections—took the necessary steps to verify his time-served credits.

3. After the probation revocation, Plaintiff should have been released from court as his sentence had been fully served. Instead, Plaintiff was **wrongfully detained by the U.S. Marshals Service** and taken to the D.C. Department of Corrections.

4. **While in custody**, Plaintiff was handcuffed, shackled, subjected to strip searches, body inspections, and other degrading procedures, even though his sentence had already been completed.

5. **Later the same day**, the D.C. Department of Corrections realized the error and released Plaintiff. By then, Plaintiff had already endured **unlawful detention** and **humiliating treatment**, which caused **significant emotional distress**.

## CLAIMS FOR RELIEF

### Count I: Violation of Fifth Amendment Right to Due Process (Unlawful Detention)

1. Plaintiff incorporates by reference all previous paragraphs.

2. The failure to verify Plaintiff's time-served credits and the resulting unlawful detention violated Plaintiff's **Fifth Amendment right to due process**.

3. Plaintiff's detention was **arbitrary**, **unlawful**, and without any legal justification.

### Count II: Violation of Eighth Amendment Rights (Cruel and Unusual Punishment)

1. Plaintiff incorporates by reference all previous paragraphs.

2. The **strip searches** and **degrading intake procedures** inflicted upon Plaintiff while in DOC custody amounted to **cruel and unusual punishment**, in violation of the **Eighth Amendment**.

3. Defendants' failure to verify Plaintiff's time-served status led to **unnecessary suffering** and humiliation.

### Count III: Gross Negligence Under the Federal Tort Claims Act (FTCA)

1. Plaintiff incorporates by reference all previous paragraphs.

2. The **failure of Defendants to verify time-served credits** constitutes **gross negligence**.

3. As a result of this negligence, Plaintiff has suffered **emotional distress, mental anguish**, and unnecessary detention.

---

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Award **compensatory damages** in the amount of **$5 million** to compensate for Plaintiff's unlawful detention, emotional distress, and violations of his constitutional rights.

2. Award **punitive damages** to punish Defendants for their **reckless disregard** of Plaintiff's rights and to deter similar actions in the future.

3. **Order systemic reforms** within the U.S. Marshals Service, D.C. Department of Corrections, and the U.S. Department of Justice to ensure **accurate and timely verification** of time-served credits to prevent future wrongful detentions.

4. Award **reasonable attorney's fees**, costs, and any other relief the Court deems just and proper under the law.

---

## CONCLUSION

Plaintiff's case highlights a grave failure of government institutions to protect the rights of individuals in their custody. This wrongful detention and inhumane treatment must be addressed to prevent further violations of constitutional rights. Plaintiff requests this Court to intervene and ensure that such violations do not occur again.

**Respectfully submitted,**

**Mbalaminwe Mwimanzi**
15160 Santander Drive
Gainesville, VA 20155
Phone: (202) 292-7779
Email: mbalaminwe86@gmail.com
**Pro Se Plaintiff**